UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62431-CIV-DIMITROULEAS/SNOW

FLORENCE LUNDE,

    Plaintiff,

vs.

RA SUSHI PEMBROKE PINES CORP.,
*a foreign profit corporation d/b/a* RA
SUSHI, and AD PEMBROKE LAND
COMPANY, LLC, *a foreign limited liability
company*,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon Plaintiff Florence Lunde's and Defendant RA Sushi Pembroke Pines Corp's Stipulation of Dismissal with Prejudice [DE 24], filed March 5, 2012.  The Court has carefully considered the Stipulation, notes the signature of both parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1.     Plaintiff Florence Lunde's and Defendant RA Sushi Pembroke Pines Corp's Stipulation of Dismissal with Prejudice [DE 24] is **APPROVED**;

2.     The action against Defendant RA Sushi Pembroke Pines Corp. is **DISMISSED WITH PREJUDICE**;

3.     Each party shall bear its own costs and fees except as provided for in the settlement agreement;

4.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement;

5.  As previously Ordered, this action has already been **DISMISSED WITHOUT PREJUDICE** as to Defendant AD Pembroke Land Company, LLC. [DE 20]. Nothing in this current Order shall change the dismissal without prejudice against Defendant AD Pembroke Land Company, LLC.

6.  The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 8th day of March, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record